Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8349
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
URBANLIP.COM LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBANLIP.COM LTD.<br><br>Plaintiff,<br><br>v.<br><br>LEREVE SKIN INSTITUTE INC., a California Corporation; HELEN YU, an individual; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 8:18-cv-01685-DOC-JDE<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE [25]**<br>Judge:           David O. Carter<br>Courtroom:              9-D<br>Hearing Date:   Dec. 17, 2018<br>Hearing Time:      8:30 a.m.<br><br>Complaint Filed: Sept. 18, 2018 |

Having considered Plaintiff urbanlip.com Ltd.'s Motion to Strike the Answer as to Defendant LeReve Skin Institute Inc. (Docket No. 25), and having considered any and all other papers filed by the parties in support of and in opposition to said Motion,

IT IS HEREBY ORDERED as follows:

(1) Plaintiff's Motion to Strike LeReve Skin Institute Inc's Answer is GRANTED WITHOUT PREJUDICE;

(2) Defendant LeReve Skin Institute Inc. is hereby ORDERED to obtain counsel and file an Answer no later than January 1, 2019.

**ORDER**
1

1  DATED: December 11, 2018

*David O. Carter*
Hon. David O. Carter
United States District Court Judge