Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
URBANLIP.COM LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBANLIP.COM LTD.<br><br>Plaintiff,<br>v.<br><br>LEREVE SKIN INSTITUTE INC., a California Corporation; HELEN YU, an individual; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 8:18-cv-01685-DOC-JDE<br><br>**DECLARATION OF RYAN E. CARREON IN OPPOSITION TO REQUEST TO RESCHEDULE THE SCHEDULING CONFERNCE**<br><br>Judge:         David O. Carter<br>Courtroom:              9-D<br>Conference Date:   Dec. 20, 2018<br>Conference Time:    1:30 p.m.<br><br>Complaint Filed: Sept. 18, 2018 |

**DECLARATION OF RYAN E. CARREON**
1

## DECLARATION OF RYAN E. CARREON

I, Ryan Carreon, declare as follows:

1. I am over the age of 18 years old. I am an attorney at law admitted to practice in the Central District of California. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2. I am the attorney of record for Plaintiff urbalip.com Ltd. ("UrbanLip") in the above captioned matter.

3. I submit this declaration in opposition to Defendant Helen Yu's request for a 30-day continuance of the Scheduling Conference currently on calendar for December 20, 2018 at 1:30 p.m.

4. On September 24, 2018, I emailed Defendant Yu a courtesy copy of the Complaint and Exhibits in this matter. Ms. Yu immediately responded.

5. Since that time we have been in regular contact with each other regarding various aspects of this case.

6. Since approximately late October, 2018, Ms. Yu and I have been engaged in substantive settlement discussions, including speaking on the phone on multiple occasions and exchanging numerous emails.

7. Additionally, we also met and conferred regarding the Plaintiff's Motion to Strike, and conferred and prepared the Rule 26 Joint Report in anticipation of the scheduling conference.

8. Ms. Yu has been very pleasant and easy to work with, and both parties have voluntarily exchanged information in order to facilitate our settlement discussions.

9. For the first time, on Tuesday, December 11, 2018, Ms. Yu requested that I stipulate to a 30-day continuance of the Scheduling Conference. After Ms. Yu's request, but before I could respond, the Court issued its ruling granting UrbanLip's Motion to Strike, and ordering Defendant LeReve to obtain counsel no later than January 1, 2018.

10. Since Defendant Yu does not receive automatic ECF notifications, I forwarded a copy of the order to her. I also explained to Ms. Yu that the December 20th conference was primarily for discussing the timeline of the case and formalizing the Scheduling Order. I also explained that, while I expected that the Court would want to talk to the parties about the case, that the conference was not a trial and I did not anticipate that any substantive rulings would be made. I also stated that I thought it would be helpful for both parties to be able to speak directly to the Court, and for the Court to be able to enter a Scheduling Order that would ostensibly include an ADR referral.

11. While I can appreciate Defendant Yu's reasons for requesting a continuance, I do not believe that proceeding with the conference as currently scheduled would prejudice Defendant Yu in any way, including her ability to present her case or defend herself if she decides not to retain an attorney.

12. Conversely, Plaintiff would be prejudiced in this matter.

**DECLARATION OF RYAN E. CARREON**
2

13. First, the lack of a Scheduling Order would unduly delay the adjudication of this case should the parties not be able to settle. At this point the parties have made a good faith effort to settle, but are far apart on many material settlement terms. Additionally, as reflected in the Joint Rule 26 Report previously submitted to the Court, the parties have vastly different proposals for the timeline of this case which will likely require direct discussion with the Court to resolve.

14. Second, the Court has Ordered Defendant LeReve to obtain counsel and file an Answer no later than January 1, 2018; after the currently scheduled conference date, but nearly three weeks before the proposed date of January 20th, 2019. Given that it is possible that Defendant LeReve does not obtain counsel by that date, I would like to speak with the Court and Defendant Yu about the procedural implications of potential default proceedings against Defendant LeReve prior to deadline.

15. Third, I believe that an in person conference would be beneficial to both parties, as it would allow a direct dialogue with the Court which I personally believe will be beneficial and allow the parties to potentially reevaluate their settlement positions.

16. Finally, Defendant Yu alluded to allegations in the Complaint regarding prior infringements that occurred in 2012. To be clear, UrbanLip does not claim those infringements as part of this lawsuit as they would be well outside the statute of limitations. To the extent that Defendant Yu needs time to contact persons with knowledge of those infringements, Defendant Yu will have plenty of time to

**DECLARATION OF RYAN E. CARREON**
3

act within the appropriate discovery timeframe set forth in the Scheduling Order. I do not believe that information will be needed to prepare for the December 20th conference.

17. Therefore, I respectfully oppose Defendant Yu's request for a continuance.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 13, 2018, at Santa Ana, California.

*/s/ Ryan E. Carreon*
Ryan E. Carreon, Esq.
*Counsel for Plaintiff*

**DECLARATION OF RYAN E. CARREON**
4

# PROOF OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

On December 13, 2018, I caused to be served the foregoing documents:

**DECLARATION OF RYAN E. CARREON IN OPPOSITION**

X     (BY MAIL) I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid and addressed to the person below:

Helen Yu
18 Technology Drive, Suite 138
Irvine, CA 92618

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on December 13, 2018, at Santa Ana, California.

*/s/ Ryan E. Carreon*
Ryan E. Carreon, Esq.
*Counsel for Plaintiff*

**DECLARATION OF RYAN E. CARREON**
5