UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 18-01685-DOC (JDEx)         Date: January 2, 2019

Title: URBANLIP.COM LTD. V. LEREVE SKIN INSTITUTE ET AL

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION [34]**

    Before the Court is Defendants LeReve Skin Institute, Inc. and Helen Yu's ("Defendants") Request for Extension of Time to File Answer (Dkt. 34). The Court finds this matter appropriate for resolution without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. Having reviewed the papers, the Court finds that a brief extension is warranted. The Court GRANTS Defendants' motion for extension. Defendants' Answer is now due **February 1, 2019.** To allow Defendants to retain representation, the Scheduling Conference previously scheduled for January 22, 2019, is now set for **February 11, 2019 at 8:30 a.m.**

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                    Initials of Deputy Clerk: djl