| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Carlo F. Van den Bosch Cal. Bar No. 185207<br>Gazal Pour-Moezzi, Cal. Bar No. 285932<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>650 Town Center Drive, Fourth Floor<br>Costa Mesa, CA 92626-1993<br>Telephone: (714) 513-5100<br>Fax: (714) 513-5130<br>ATTORNEY(S) FOR: Defendants LEREVE SKIN INSTITUTE, INC., HELEN YU. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBANLIP.COM LTD.,<br><br>Plaintiff(s),<br>v.<br>LEREVE SKIN INSTITUTE INC., a California corporation; HELEN YU, an individual; and DOES 1-10 Inclusives,<br>Defendant(s) | CASE NUMBER:<br>8:18-cv-01685-DOC-JDE<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants LEREVE SKIN INSTITUTE INC. and HELEN YU
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| LEREVE SKIN INSTITUTE INC. | Defendant |
| HELEN YU | Defendant; Owner of defendant Lereve Skin Institute |

February 1, 2019
Date

/s/ Carlo F. Van den Bosch
Signature
Carlo F. Van den Bosch

Attorney of record for (or name of party appearing in pro per):

Defendants LEREVE SKIN INSTITUTE, INC., HELEN YU

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES


American LegalNet, Inc.
www.FormsWorkFlow.com