| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |    Including Professional Corporations |
|   | CARLO F. VAN DEN BOSCH, Cal. Bar No. 185207 |
| 3 | cvandenbosch@sheppardmullin.com |
|   | GAZAL POUR-MOEZZI, Cal. Bar No. 285932 |
| 4 | gpour-moezzi@sheppardmullin.com |
|   | 650 Town Center Drive, 4th Floor |
| 5 | Costa Mesa, California 92626-1993 |
|   | Telephone:   714.513.5100 |
| 6 | Facsimile:    714.513.5130 |
| 7 | Attorneys for Defendants |
|   | LEREVE SKIN INSTITUTE INC. |
| 8 | HELEN YU |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| URBANLIP.COM LTD, | Case No. 8:18-cv-01685-DOC-JDE |
|         Plaintiff, | **DEFENDANT LEREVE SKIN INSTITUTE, INC.'S CORPORATE DISCLOSURE STATEMENT** |
|         v. | |
| LEREVE SKIN INSTITUTE, INC., a California corporation; HELEN YU, an individual; and DOES 1-10 Inclusive, | |
|         Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Lereve Skin Institute, Inc. states that it has no parent company, and that no publicly held corporation owns 10 percent or more of its stock.

Dated:  February 1, 2019

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ Carlo F. Van den Bosch
CARLO F. VAN DEN BOSCH
GAZAL POUR-MOEZZI
Attorneys for Defendants
LEREVE SKIN INSTITUTE, INC.
HELEN YU