Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon Esq. SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorney for Plaintiff,*
URBANLIP.COM LTD.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URBANLIP.COM LTD.<br><br>Plaintiff,<br><br>v.<br><br>LEREVE SKIN INSTITUTE INC., a California Corporation; HELEN YU, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 8:18-cv-01685-DOC-JDE<br><br>**JOINT STIPULATION TO CONTINUE THE FEBRUARY 11, 2019 SCHEDULING CONFERENCE**<br><br>Concurrently Filed: [Proposed] Order<br><br>Current Hearing: February 11, 2019<br>New Hearing Date: March 4, 2019 |

It is hereby stipulated by and between Plaintiff urbanlip.com Ltd. ("Plaintiff") and Defendants LeReve Skin Institute Inc. and Helen Yu ("Defendants") by and through their counsel of record as follows:

1. Whereas, on December 11, 2018, Defendant LeReve was ordered to retain counsel and file and amended Answer no later than January 1, 2019; and

2. Whereas, on December 13, 2018, Defendants requested that the Scheduling Conference set for December 20, 2018, be vacated and that the deadline for Defendant LeReve to retain counsel be extended; and

3.     Whereas, Defendants request was granted and the Scheduling Conference was reset for January 22, 2019; and

4.     Whereas, on December 27, 2018 Defendants requested a 30 day extension for the deadline for Defendant LeReve to retain counsel; and

5.     Whereas, Defendant's request was granted and Defendant LeReve was given until February 1, 2019 to retain counsel. The Scheduling Conference was reset to February 11, 2019 in order to allow Defendant LeReve to retain counsel prior to the conference; and

6.     Whereas, on February 1, 2019 the law firm of Sheppard, Mullin, Richter, and Hapmton, appeared on behalf of Defendants, and Defendants jointly filed an Amended Answer; and

7.     Whereas, on February 5, 2019, counsel for the parties conferred to prepare an Amended Joint Report of Early Meeting pursuant to FRCP 26(f); and

8.     Whereas, the parties have good cause for a continuance as the Defendants have only recently retained counsel in this matter and are becoming acquainted with the case, and the parties have only recently conferred and intend to file fortwith an Amended Joint Report of Early Meeting;

9.     It is hereby stipulated and agreed that the Scheduling Conference currently set for February 11, 2019 be continued to March 4, 2019.

| | | |
|---|---|---|
| 1 | Date: February 5, 2019 | HIGBEE & ASSOCIATES |
| 2 | | By: **/s/ Ryan E. Carreon** |
| 3 | | Ryan E. Carreon, Esq.<br>*Attorney for Plaintiff* |
| 4 | | |
| 5 | Date: February 5, 2019 | SHEPPARD, MULLIN, RICHTER & HAMPTON |
| 6 | | By: **/s/ Carlo Van den Bosch** |
| 7 | | Carlo Van den Bosch<br>*Attorney for Defendants* |

SMRH:489433269.1

**JOINT STIPULATION**
-3-

# PROOF OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

On February 6, 2019, I caused to be served the foregoing documents:

**JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERNCE and [PROPOSED] ORDER**

X   I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

    Carlo Van den Bosch
    CVandenbosch@sheppardmullin.com
    Attorney for Defendants

    Gazal Pour-Moezzi
    GPour-Moezzi@sheppardmullin.com
    Attorney for Defendants

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on February 6, 2019, at Santa Ana, California.

                                  ***/s/ Ryan E. Carreon***
                                  Ryan E. Carreon, Esq.
                                  *Counsel for Plaintiff*