Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon Esq. SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorney for Plaintiff,*
URBANLIP.COM LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBANLIP.COM LTD. | Case No. 8:18-cv-01685-DOC-JDE |
| Plaintiff, | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| v. | Concurrently Filed: Joint Stipulation |
| LEREVE SKIN INSTITUTE INC., a California Corporation; HELEN YU, an individual; and DOES 1 through 10 inclusive, | |
| Defendants. | |

**ORDER**
-1-

SMRH:489433285.1

1     Having considered the parties' Joint Stipulation to Continue the February 11, 2019 Scheduling Conference (Docket No. 44),

    IT IS HEREBY ORDERED as follows:

    (1) The Scheduling Conference currently set for February 11, 2019 if hereby VACATED and reset to March 4, 2019 at 8:30 a.m.

DATED: February 6, 2019

                                      */s/ David O. Carter*
                                  Hon. David O. Carter
                                  United States District Court Judge