Carlo F. Van den Bosch CBN 185207
Gazal J. Pour-Moezzi CBN 285932
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Tel: (714) 513-5100
Fax: (714) 513-5130

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

URBANLIP.COM LTD.,

Plaintiff(s)

v.

LEREVE SKIN INSTITUTE INC., a California corporation; HELEN YU, an individual; and DOES 1 through 10, inclusive,

Defendant(s).

CASE NUMBER
8:18-cv-01685-DOC-JDE

**REQUEST:
ADR PROCEDURE SELECTION**

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☒ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☒ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: February 15, 2019     /s/ Ryan E. Carreon

Attorney for Plaintiff  URBANLIP.COM LTD.

Dated: _____     _____

Attorney for Plaintiff  _____

Dated: February 15, 2019     /s/ Carlo F. Van den Bosch

Attorney for Defendant  LEREVE SKIN INSTITUTE INC.; HELEN YU

Dated: _____     _____

Attorney for Defendant  _____

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (01/12)     REQUEST: ADR PROCEDURE SELECTION     Page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com